# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Roderick Washington

V.

USDC Southern District of CA, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv0343-LAB(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court denies plaintiff's motion to proceed in forma pauperis as barred by 28 U.S.C. § 1915(g), and dismisses the action pursuant to 28 U.S.C. § 1914(a) for failing to prepay the $350 filing fee. This Court certifies that any in forma pauperis appeal from this Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3)..................................................................................................

| April 17, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON April 17, 2007

07cv0343-LAB(CAB)